# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SYLVESTER J. SULLIVAN, JR.

NO. 2020 KW 1132

**FEBRUARY 1, 2021**

---

In Re:     Sylvester J. Sullivan, Jr., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 22-411.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Ascension Parish reflects the district court granted relator's Motion to Correct an Illegal Sentence on December 17, 2020.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT